PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Darius Randal Brown**

**Docket No. 0:00CR00281-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darius Randal Brown** who was sentenced for Use of a Telephone to Facilitate Narcotics Trafficking on April 26, 2001, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 1 year supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-Participate in drug/alcohol treatment program
-Mandatory drug testing
-No firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On January 24, 2005, Mr. Brown was arrested by the Chaska, Minnesota, Police Department and charged with Misdemeanor Theft. A surveillance camera at Mr. Brown's place of employment taped him entering the cafeteria, use a screwdriver to pry open a money drawer, and remove approximately $200. When questioned by police, he admitted the offense. On April 15, 2005, Mr. Brown appeared in Carver County, Minnesota, District Court and entered a guilty plea to Misdemeanor Theft. He received a stay of imposition of sentence and was placed on probation for 1 year with conditions.

STANDARD CONDITION # 11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

Mr. Brown failed to notify this probation officer of this new arrest and conviction within 72 hours.

SCANNED
MAY 19 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 17th day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on May 17, 2005
Place Minneapolis