AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 00-281 (1) ADM

Darius Randal Brown

RECEIVED
MAY 20 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

US MARSHALS SERVICE
MPLS., MN
MAY 19 12 21 PM '05
RECEIVED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom C**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Magistrate Judge Susan R. Nelson**

On: **6/2/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: May 18, 2005

SCANNED
MAY 23 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1] Thomas Knutson Date: 052005

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Beatiz San Miguel Castillo

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 05/20/05
Date

A. Garber
Name of United States Marshal

[signature] 5309
(By) Deputy United States Marshal

Remarks:
ED. 5-19-05 1:25 PM No Answer @ Door

5-20-05 9:50 AM Left with Girlfriend who said Def. still Lives at Appt. with her.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure