**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-281 ADM |
| | ) | Date: June 2, 2005 |
| **Darius Randal Brown (01)**, | ) | Court Reporter: None |
| | ) | Tape Number: 2005-438-2114-2641 |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:15 a.m. |
| | | Time in Court: 15 Minutes |

APPEARANCES:

**Plaintiff:** Tricia Tingle
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English
Date Charges Filed: May 17, 2005 Offense: Commitment of crime while on Supervised Release. Failure to notify probation of this conviction.

9 Charges read into record T Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T **Supervised Release**

9 Charges from other District ____________________________________________

9 Government moves for detention.
Motion is: 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond continued.**

**Next appearance date is June 21, 2005 at 3:00 p.m. before U.S. Judge Ann D. Montgomery for:**

9 detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T final revocation

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived
9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood

Signature of Judicial Assistant