**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

DARIUS RANDAL BROWN,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: ANN D. MONTGOMERY
U.S. District Judge

Case No: 00-281(1)(ADM/AJB) 1
Date: June 22, 2005
Court Reporter: Tim WIllette
Time Commenced: 9:30 a.m.
Time Concluded: 10:00 a.m.
Time in Court: 30 Minutes

## APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Defender

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**

Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Supervised Release continued to its original expiration date with the modification that the defendant reside for a period of 60 days in a community corrections center with work release privileges.

s/Gertie Simon
Courtroom Deputy