UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

ORDER

v.

Criminal No. 00-281(1)(ADM/AJB)

DARIUS RANDAL BROWN,

Defendant.

---

The above-titled matter is before the Court for a final revocation hearing. James Lackner, Assistant United States Attorney, appeared on behalf of plaintiff; Lyonel Norris, Esquire, appeared on behalf of Defendant. Defendant admits the violation and waived his right to an evidentiary hearing. Therefore, IT IS HEREBY ORDERED THAT:

1. Defendant shall remain on supervised release until the original expiration date;

2. Defendant shall abide by all the conditions previously imposed; and

3. As an additional condition of supervised release, the defendant shall reside for a period of 60 days in a community corrections center with work release privileges. Defendant shall abide by all the rules and regulations of that facility.

Dated: June 23, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT